UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMANTE STANSBERRY,

Plaintiff,

-against-

GOSHEN NY ORANGE COUNTY COURTHOUSE.,

Defendants.

25 CIVIL 06632 (PAC)

**CIVIL JUDGMENT**

For the reasons stated in the October 6, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: October 8, 2026
New York, New York

/s/ Paul A. Crotty
PAUL A. CROTTY
United States District Judge